## EX PARTE SMITH.

(Decided Dec. 19, 1907.)

Original petition in the Supreme Court.

TIPTON MULLINS, for petitioner.   ALEXANDER M. GAR-
BER, Attorney-General, for the respondent.

HARALSON, J.—Rule nisi is made final and prohibi-
tion awarded on authority of *Louisville & Nashville R.
R. Co. v. Grant,* 153 Ala. 112; 45 South. 226.

---

## HOUSTON V. THE STATE.

(Decided Jan. 16, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

R. L. WILLIAMS, for appellant.   ALEXANDER M. GAR-
BER, Attorney-General for the State.

Affirmed.   Opinion by MCCLELLAN, J.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.